No. 1179. CARTAGENA, PLAINTIFF AND RESPONDENT, *v.* MAYAGÜEZ LIGHT AND ICE COMPANY, DEFENDANT AND APPELLANT,—

Appeal from the District Court of Mayagüez in proceedings for approval of memorandum of costs. Motion by respondent for dismissal of the appeal because of failure to file a transcript of the record. Decided July 29, 1914. Appeal dismissed. *Mr. Fernando Vázquez* for the respondent. The appellant did not appear.